THE SUCCESSIONS OF FRANK C. FRADELLA
AND SALLY ANN THOMAS FRADELLA

NO. 25-C-246

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

August 14, 2025

Linda Tran
First Deputy Clerk

**IN RE** FRANK T. FRADELLA

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DANYELLE M. TAYLOR, DIVISION "O", NUMBER 856-821

Panel composed of Judges Fredericka Homberg Wicker,
John J. Molaison, Jr., and Timothy S. Marcel

**WRIT GRANTED FOR A LIMITED PURPOSE**

This matter is before us on the Application for Supervisory Writ filed by Relator, Frank T. Fradella, seeking review of the district court's May 27, 2025 judgment of contempt against him. The district court's judgment is a final, appealable judgment. *See* La. Code Civ. Proc. art. 1915(A)(6); *Greene v. Greene*, 19-37 (La. App. 5 Cir. 12/11/19), 286 So.3d 1103, 1120 ("Courts have held that direct appeals from contempt proceedings are appropriate when the purpose of the proceedings is to hold someone in contempt for violating the orders of the court because, in that case, the judgment would be final.").

Therefore, we grant the writ for the limited purpose of remanding the case to the district court with instructions to grant Relator an appeal pursuant to the pleading that notified the district court of Relator's intention to seek supervisory writ. *See In re Howard*, 541 So.2d 195, 197 (La. 1989) (*per curiam*).

25-C-246

Enforcement of the district court's May 27, 2025 judgment of contempt is stayed until Relator files an appeal or the delays to file such an appeal expire.

Gretna, Louisiana, this 14th day of August, 2025.

**FHW**
**JJM**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/14/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-C-246**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Danyelle M. Taylor (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED
Marianne M. Zimmer (Respondent)
Attorney at Law
524 Phosphor Avenue
Metairie, LA 70005

Robert T. Garrity, Jr. (Relator)
Pierre W. Mouledoux (Relator)
Attorney at Law
615 Hickory Avenue
Harahan, LA 70123

## CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7012 1010 0003 7112 5522

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark
Here

Robert T. Garrity, Jr.
Attorney at Law
615 Hickory Avenue
Harahan, LA 70123
25-C-246                    08-14-25

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert T. Garrity, Jr.
Attorney at Law
615 Hickory Avenue
Harahan, LA 70123
25-C-246                    08-14-25

9590 9402 2434 6249 3581 36

2. Article Number *(Transfer from service label)*
   7012 1010 0003 7112 5522

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee

B. Received by *(Printed Name)*    | C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery ($00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt